July 15, 1983.

463 A.2d 36

Commonwealth v. Allen, Appellant.
Petition for Allowance of Appeal
Denied Nov. 1, 1983.

Argued January 6, 1981.   Robert J. O'Shea, Jr., Assistant Public Defender, for appellant;  David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

588

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the decision of this case.